IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

TIERRE MOORE,                            )
                                         )
         Plaintiff,                      )
                                         )
vs.                                      )   NO. CIV-23-0529-HE
                                         )
SGT. MS. BRUCE, *et al.*,                )
                                         )
         Defendants.                     )

## ORDER

Plaintiff Tierre Moore, a federal prisoner appearing *pro se*, filed this case alleging that he was denied appropriate medical care after a vehicle he was being transported in from the Federal Transfer Center was in an accident. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Green for initial proceedings. Judge Green granted plaintiff's motion to proceed without prepayment of fees and ordered that an initial payment of $47.73 be made by September 18, 2023. Judge Green's order also provided notice to plaintiff that failure to make the initial payment could result in this case being dismissed without prejudice. Plaintiff failed to make the initial payment.

Judge Green has now issued a Report and Recommendation recommending that this case be dismissed. The Report advised plaintiff of his right to object to the Report by October 12, 2023. Plaintiff has not objected to the Report, thereby waiving his right o appellate review of the factual and legal issues it addressed. <u>Casanova v. Ulibarri</u>, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #17]. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of October, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE